UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES WOOD, : | |
| : | Civil Action No. 08-3819 (SDW) |
| Plaintiff, : | |
| v. : | **ORDER** |
| GOLD COAST FREIGHTWAYS, INC., : | |
| : | December 5, 2008 |
| Defendant. : | |

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo, filed on October 24, 2008, regarding Plaintiff James Wood's motion for remand. In the R&R, Magistrate Judge Arleo considers the arguments made by the parties and recommends that the motion for remand be denied. No objection to the R&R was filed.

The Court has reviewed the R&R and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

It is hereby **ORDERED** that the R&R of Magistrate Judge Arleo, filed October 24, 2008, is **ADOPTED** as the conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand (docket entry no. 5), is **DENIED**.

s/Susan D. Wigenton, U.S.D.J.

cc:   Magistrate Judge Madeline C. Arleo